# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLIN WILLIAMS,<br><br>        Plaintiff,<br><br>v.<br><br>NAVARRO, et al.,<br><br>        Defendants. | Case No. 1:18-cv-00611-LJO-BAM (PC)<br><br>ORDER LIFTING STAY OF PROCEEDINGS<br><br>ORDER VACATING JUNE 6, 2019 SETTLEMENT CONFERENCE<br><br>(ECF No. 19) |

Plaintiff Collin Williams ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's complaint against: (1) Defendants Santiesteban[1] and Cortez for excessive force; (2) Defendants Navarro and Sanchez for failure to intervene; (3) Defendants Navarro, Andrzejewski,[2] and Brown for deliberate indifference; (4) Defendants Santiesteban and Cortez for assault and battery; and (5) Defendants Andrzejewski and Brown for medical negligence.

On April 18, 2019, the Court identified this case as an appropriate case for the post-screening ADR (Alternative Dispute Resolution) project and stayed the action to allow the parties an opportunity to settle their dispute before the discovery process begins. (ECF No. 19.) The Court's order granted Defendants time to investigate and determine whether to opt out of the

---
[1] Sued as "Santiestban."

[2] Sued as "Andrezejewski."

1

post-screening ADR project.

On May 9, 2019, Defendants filed a notice of opt out and request to vacate settlement conference. (ECF No. 20.) After reviewing the request, the Court finds good cause to grant Defendants' request. Therefore, the stay is lifted, and the June 6, 2019, settlement conference is vacated. This case is now ready to proceed.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay of this action (ECF No. 19) is LIFTED;
2. The June 6, 2019, settlement conference is vacated; and
3. The parties may proceed with discovery pursuant to the discovery and scheduling order to be issued by separate order.

IT IS SO ORDERED.

Dated: **May 10, 2019** /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE