# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLIN WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>NAVARRO, *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-00611-LJO-BAM (PC)<br><br>ORDER DENYING DEFENDANTS' MOTION TO COMPEL AS MOOT<br><br>(ECF No. 34) |

Plaintiff Collin Williams ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's complaint against Defendants Santiesteban and Cortez for excessive force; (2) Defendants Navarro and Sanchez for failure to intervene; (3) Defendants Navarro, Andrzejewski, and Brown for deliberate indifference; (4) Defendants Santiesteban and Cortez for assault and battery; and (5) Defendants Andrzejewski and Brown for medical negligence.

On January 10, 2020, Defendants filed a motion to compel responses to request for production of documents and special interrogatories and request to deem requests for admissions admitted. (ECF No. 34.) In the motion, Defendants also requested an extension of the discovery cut off, set for January 14, 2020, solely for the ability to move to further compel responses, once received, if necessary. (Id.)

///

On January 15, 2020, the Court issued an order directing the parties to meet and confer regarding the discovery dispute, and to file a joint statement following the parties' conference. The Court further stayed briefing on Defendants' motion to compel and stayed the deadline for completion of discovery pending the outcome of the parties' meet and confer. (ECF No. 35.)

Currently before the Court is the parties' joint statement, filed January 28, 2020, indicating that the motion to compel was resolved in full during the parties' meet and confer. Plaintiff agreed to provide responses to the request for admissions and request for interrogatories. Plaintiff also agreed to provide a response to the request for production of any document not available in his central files or health care records. (ECF No. 36.) The parties indicate that upon receipt and review of the responses outlined above, there should be no unresolved issues regarding the motion to compel. (Id.)

As it appears the discovery dispute has been fully resolved, Defendants' motion to compel, (ECF No. 34), is HEREBY DENIED as moot. If Defendants find it necessary to file a motion to compel regarding Plaintiff's discovery responses, they may file a motion to modify the discovery and scheduling order at that time. Otherwise, the prior discovery deadline of January 14, 2020, remains in effect.

IT IS SO ORDERED.

Dated: **January 29, 2020**       /s/ *Barbara A. McAuliffe*
                                                            UNITED STATES MAGISTRATE JUDGE